IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARBAJAL-ARIAS,<br><br>            Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | No. CV-F-05-1631 REC<br>(No. CR-F-94-5044 EDP)<br><br>ORDER DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT |

On December 23, 2005, petitioner Francisco Carbajal-Arias filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

Petitioner was convicted by jury trial of conspiracy to distribute and possess with intent to distribute methamphetamine, distribution of methamphetamine, and possession of methamphetamine with intent to distribute. Petitioner was sentenced on May 30, 1995 to 292 months incarceration. Petitioner appealed to the Ninth Circuit and his conviction and sentence were affirmed on July 19, 1996. Petitioner filed a

1

1 motion to vacate, set aside or correct sentence pursuant to 28
2 U.S.C. § 2255 on November 4, 1996, which motion was denied by
3 Order filed on April 8, 1997.
4    The court dismisses the instant motion.  It is arguable that
5 the instant motion is a second or successive Section 2255 motion.
6 Therefore, petitioner must first apply to the Ninth Circuit for
7 permission to file such a motion.  See United States v. Allen,
8 157 F.3d 661 (9th Cir. 1998).
9    Furthermore, even if the instant motion is not a second or
10 successive motion, petitioner is not entitled to relief.  The
11 claims for relief asserted in the instant motion are based on
12 United States v. Booker, 543 U.S. 220 (2005).  However, Booker
13 does not apply retroactively on collateral review to convictions
14 that became final prior to its pronouncement.  United States v.
15 Cruz, 423 U.S. 1119 (9th Cir. 2005).
16    ACCORDINGLY:
17    1.  Petitioner's motion to vacate, set aside or correct
18 sentence pursuant to 28 U.S.C. § 2255 is denied.
19    2.  The Clerk of the Court is directed to enter judgment for
20 respondent.
21    IT IS SO ORDERED.
22 **Dated:  January 9, 2006**          **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE
23
24
25
26